ROBERT L. FISHER, Appellant, v. FLORENCE E. FISHER, Respondent.

*Fisher* v. *Fisher*, 165 App. Div. 986, affirmed.
(Submitted March 15, 1917; decided April 3, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for divorce. The court found the defendant guilty of adultery, but dismissed the complaint upon the merits because the meetings between the defendant and the co-respondent, which, the court said, resulted in the adultery of the defendant, were the result of a conspiracy between the plaintiff and the co-respondent and with the plaintiff's procurement and connivance. The court further found that the adultery was committed with the consent, connivance, privity and procurement of the plaintiff.

*George Gordon Battle* and *Roger B. Wood* for appellant.

*Gustave Touchard, Frank Parker Ufford* and *Philip Carpenter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.